**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Trading Technologies International, Inc., | ) | |
|     Plaintiff, | ) | Civil Action No. 10 CV 0715 |
|   v. | ) | |
| BGC Partners, Inc., Cantor Fitzgerald, L.P., | ) | Judge Virginia M. Kendall |
| BGC Holdings, L.P., and BGC Partners, L.P., | ) | |
|     Defendants, | ) | |
| Trading Technologies International, Inc., | ) | |
|     Plaintiff, | ) | Civil Action No. 10 CV 0716 |
|   v. | ) | |
| SunGard Data Systems, Inc., | ) | Judge Virginia M. Kendall |
| SunGard Investment Ventures LLC, | ) | |
| and GL Trade Americas, Inc., | ) | |
|     Defendants, | ) | |
| Trading Technologies International, Inc., | ) | |
|     Plaintiff, | ) | Civil Action No. 10 CV 0718 |
|   v. | ) | |
| CQG, Inc., and | ) | Judge Virginia M. Kendall |
| CQGT, LLC, | ) | |
|     Defendants, | ) | |
| Trading Technologies International, Inc., | ) | |
|     Plaintiff, | ) | Civil Action No. 10 CV 0720 |
|   v. | ) | |
| FuturePath Trading, LLC, | ) | Judge Virginia M. Kendall |
|     Defendant, | ) | |
| Trading Technologies International, Inc., | ) | |
|     Plaintiff, | ) | Civil Action No. 10 CV 0718 |
|   v. | ) | |
| IBG, LLC; Interactive Brokers | ) | Judge Virginia M. Kendall |
| Group, Inc.; IBG Holdings LLC; | ) | |
| and Interactive Brokers LLC, | ) | |
|     Defendants, | ) | |
| Trading Technologies International, Inc., | ) | |
|     Plaintiff, | ) | Civil Action No. 10 CV 0882 |
|   v. | ) | |
| Stellar Trading Systems, Ltd., and | ) | Judge Virginia M. Kendall |
| Stellar Trading Systems, Inc. | ) | |
|     Defendants, | ) | |

| | |
|---|---|
| Trading Technologies International, Inc., | ) |
|     Plaintiff, | ) Civil Action No. 10 CV 0883 |
|   v. | ) |
| thinkorswim Group, Inc., | ) Judge Virginia M. Kendall |
| TD AMERITRADE, Inc., and | ) |
| TD AMERITRADE Holding Corp., | ) |
|     Defendants, | ) |
| Trading Technologies International, Inc., | ) |
|     Plaintiff, | ) Civil Action No. 10 CV 0884 |
|   v. | ) |
| TradeStation Securities, Inc., and | ) Judge Virginia M. Kendall |
| TradeStation Group, Inc., | ) |
|     Defendants, | ) |
| Trading Technologies International, Inc., | ) |
|     Plaintiff, | ) Civil Action No. 10 CV 0885 |
|   v. | ) |
| Open E Cry, LLC and optionsXpress | ) Judge Virginia M. Kendall |
| Holdings, Inc., | ) |
|     Defendants, | ) |
| Trading Technologies International, Inc., | ) |
|     Plaintiff, | ) Civil Action No. 10 CV 0929 |
|   v. | ) |
| Rosenthal Collins Group, LLC, | ) Judge Virginia M. Kendall |
|     Defendant, | ) |
| Trading Technologies International, Inc., | ) |
|     Plaintiff, | ) Civil Action No. 10 CV 0931 |
|   v. | ) |
| | ) Judge Virginia M. Kendall |
| Tradehelm, Inc., | ) |
|     Defendant. | ) |

| | |
|---|---|
| **McDonnell Boehnen Hulbert & Berghoff LLP** | Steven F. Borsand (ID No. 6206597) |
| 300 South Wacker Drive | **Trading Technologies International, Inc.** |
| Suite 3200 | 222 South Riverside, Suite 1100 |
| Chicago, Illinois 60606 | Chicago, IL 60606 |
| Tel.: (312) 913-0001 | Tel: (312) 476-1000 |
| Fax: (312) 913-0002 | Fax: (312) 476-1182 |
| **Attorneys for Plaintiff,** | **Attorneys for Plaintiff,** |
| **TRADING TECHNOLOGIES** | **TRADING TECHNOLOGIES** |
| **INTERNATIONAL, INC.** | **INTERNATIONAL, INC.** |

## **JOINT CONSOLIDATION STATUS CHART**

Pursuant to the Court's Order issued in Case No. 10-cv-715 on February 3, 2011, the parties submit the following chart of each party's current status in the individual cases.

| Case No. 10-cv-715<br>TT v. BGC | Case No. 10-cv-716<br>TT v. SunGard |
|---|---|
| **FIRMS & LEAD CONTACT** | **FIRMS & LEAD CONTACT** |
| Plaintiff:<br>**Steven F. Borsand**<br>Trading Technologies International, Inc.<br>222 South Riverside, Suite 1100<br>Chicago, IL 60606<br><br>**Leif R. Sigmond, Jr.**<br>McDonnell Boehnen Hulbert & Berghoff LLP<br>300 S. Wacker Dr., Suite 3100<br>Chicago, IL 60606 | Plaintiff:<br>**Steven F. Borsand**<br>Trading Technologies International, Inc.<br>222 South Riverside, Suite 1100<br>Chicago, IL 60606<br><br>**Leif R. Sigmond, Jr.**<br>McDonnell Boehnen Hulbert & Berghoff LLP<br>300 S. Wacker Dr., Suite 3100<br>Chicago, IL 60606 |
| Defendants:<br>**Gary A. Rosen**<br>Law Offices of Gary A. Rosen<br>1831 Chestnut Street, Seventh Floor<br>Philadelphia, PA 19103<br><br>Andrew Johnstone<br>George C. Lombardi<br>Winston & Strawn LLP<br>35 West Wacker Dr.<br>Chicago, IL 60601 | Defendant:<br>**Philippe Bennett**<br>Alston & Bird LLP<br>90 Park Avenue<br>New York, NY 10016<br><br>Lora A. Moffat<br>Salans LLP<br>620 5th Avenue<br>New York, NY 10020<br><br>Brian Norkett (Local Counsel)<br>Bullaro & Carton, P.C.<br>200 N. LaSalle St., Suite 2420<br>Chicago, IL 60601 |
| **MOTIONS & STATUS** | **MOTIONS & STATUS** |
| Filed 8/9/10: BGC's Motion to Dismiss Second Amended Complaint [Dkts 46-49, 52, 54] -- Fully briefed as of 9/1/2010. | Filed 9/21/10: SunGard's Motion to Dismiss for failure to state a claim pursuant to Fed.R.Civ.P. 12(b)(6) [Dkts 49-52, 77, 80, 87] -- Fully briefed as 11/17/2010. |
| ----- | Filed 9/21/10: SunGard's Motion for Protective Order, TT's Cross-Motion for Protective Order [Dkts 53-57, 77, 79, 81, 129] -- Fully briefed as of 11/03/2010. |
| ----- | Filed 10/12/10: SunGard's Motion to Disqualify [Dkt 73-77, 83, 85, 95, 107, 115, 130, 133] -- Fully briefed as of 12/14/2010.*** |
| **DISCOVERY** | **DISCOVERY** |
| No formal schedule has been entered by the Court; parties have <u>not</u> exchanged initial disclosures pursuant to LPR 2.1; parties have <u>not</u> exchanged written discovery; no depositions have been taken. | No formal schedule has been entered by the Court; parties have exchanged initial disclosures pursuant to LPR 2.1; parties have exchanged written discovery; no depositions have been taken.* |
| **SETTLEMENT** | **SETTLEMENT** |
| The parties do not unanimously agree that a settlement conference with the Court will result in an agreed upon settlement. | The parties do not unanimously agree that a settlement conference with the Court will result in an agreed upon settlement. |

*The parties made disclosures under the Default Protective Order governed by the Local Patent Rules, but TT intends to request that the court enter the same protective orders that were entered in both the RCG and TradeStation cases

***The same motion is presently pending before Judge Chang in related Case No. 05-4120, *Trading Technologies v. SunGard.*

| **Case No. 10-cv-718**<br>**TT v. CQG** | **Case No. 10-cv-720**<br>**TT v. FuturePath** |
|---|---|
| **FIRMS & LEAD CONTACT** | **FIRMS & LEAD CONTACT** |
| Plaintiff:<br>**Steven F. Borsand**<br>Trading Technologies International, Inc.<br>222 South Riverside, Suite 1100<br>Chicago, IL 60606<br><br>**Leif R. Sigmond, Jr.**<br>McDonnell Boehnen Hulbert & Berghoff LLP<br>300 S. Wacker Dr., Suite 3100<br>Chicago, IL 60607 | Plaintiff:<br>**Steven F. Borsand**<br>Trading Technologies International, Inc.<br>222 South Riverside, Suite 1100<br>Chicago, IL 60606<br><br>**Leif R. Sigmond, Jr.**<br>McDonnell Boehnen Hulbert & Berghoff LLP<br>300 S. Wacker Dr., Suite 3100<br>Chicago, IL 60608 |
| Defendant:<br>**Nina Y. Wang**<br>Faegre & Benson<br>3200 Wells Fargo Center<br>Denver, CO 80203<br><br>Kara Cenar<br>Bryan Cave<br>161 North Clark Street, Suite 4300<br>Chicago, Illinois 60601-3315 | Defendant:<br>**Philippe Bennett**<br>Alston & Bird LLP<br>90 Park Avenue<br>New York, NY 10016<br><br>Lora A. Moffat<br>Salans LLP<br>620 5th Avenue<br>New York, NY 10020<br><br>Brian Norkett (Local Counsel)<br>Bullaro & Carton, P.C.<br>200 N. LaSalle St., Suite 2420<br>Chicago, IL 60601 |
| **MOTIONS & STATUS** | **MOTIONS & STATUS** |
| No pending motions. However, TT will likely move to amend the complaint when the upcoming acquisition of CQG is complete. CQG intends to file a Motion for Leave to Refile its Counterclaims. | Filed 1/31/11: FuturePath's Motion to Dismiss pursuant to Fed.R.Civ.P. 12(b)(6) [Dkt 41]. A briefing schedule has not yet been set.*** |
| ----- | ----- |
| ----- | ----- |
| **DISCOVERY** | **DISCOVERY** |
| No formal schedule has been entered by the Court; parties have exchanged initial disclosures pursuant to LPR 2.1; parties have exchanged written discovery; no depositions have been taken.* | No formal schedule has been entered by the Court; parties have <u>not</u> exchanged initial disclosures pursuant to LPR 2.1; FuturePath has served written discovery; no depositions have been taken. |
| **SETTLEMENT** | **SETTLEMENT** |
| The parties are participating in a settlement conference with Judge Schenkier in related Case No. 05-cv-4811, *Trading Technologies v. CQG et al.*, on March 23, 2011. Pending the outcome of those discussions, a settlement conference with the Court may fruitful. | The parties do not unanimously agree that a settlement conference with the Court will result in an agreed upon settlement. |

*The parties made disclosures under the Default Protective Order governed by the Local Patent Rules, but TT intends to request that the court enter the same protective orders that were entered in both the RCG and TradeStation cases

***The same motion is presently pending before Judge Chang in related Case No. 05-5164, *Trading Technologies v. FuturePath*.

5

| **Case No. 10-cv-721**<br>**TT v. IBG** | **Case No. 10-cv-882**<br>**TT v. Stellar** |
|---|---|
| **FIRMS & LEAD CONTACT** | **FIRMS & LEAD CONTACT** |
| Plaintiff:<br>**Steven F. Borsand**<br>Trading Technologies International, Inc.<br>222 South Riverside, Suite 1100<br>Chicago, IL 60606<br><br>**Leif R. Sigmond, Jr.**<br>McDonnell Boehnen Hulbert & Berghoff LLP<br>300 S. Wacker Dr., Suite 3100<br>Chicago, IL 60609 | Plaintiff:<br>**Steven F. Borsand**<br>Trading Technologies International, Inc.<br>222 South Riverside, Suite 1100<br>Chicago, IL 60606<br><br>**Leif R. Sigmond, Jr.**<br>McDonnell Boehnen Hulbert & Berghoff LLP<br>300 S. Wacker Dr., Suite 3100<br>Chicago, IL 60610 |
| Defendant:<br>**Michael B. Levin**<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Rd.<br>Palo Alto, CA 94304<br><br>**Steven P. Mandell**<br>Mandell Menkes LLC<br>333 W. Wacker Dr., Suite 300<br>Chicago, IL 60606 | Defendant:<br>**Ralph J. Gabric**<br>Brinks Hofer Gilson & Lione<br>NBC Tower - Suite 3600<br>455 North Cityfront Plaza Drive<br>Chicago, IL 60611 |
| **MOTIONS & STATUS** | **MOTIONS & STATUS** |
| Filed 8/16/10: IBG's Motion to Dismiss the Amended Complaint for Lack of Personal Jurisdiction and Improper Venue [Dkt 38]. The motion was entered and continued. Motion has not been fully briefed. | No pending motions. |
| ----- | ----- |
| ----- | ----- |
| **DISCOVERY** | **DISCOVERY** |
| No formal schedule has been entered by the Court; parties have **not** exchanged initial disclosures pursuant to LPR 2.1; parties have **not** exchanged written discovery; no depositions have been taken. | A Pre-trial Scheduling Order was entered Oct. 13, 2010 [Dkt 38] and modified on Dec. 10, 2010 [Dkt 48] and Jan. 11, 2011 [Dkt 51]; parties have exchanged initial disclosures pursuant to LPR 2.1; parties have exchanged written discovery; no depositions have been taken.* |
| **SETTLEMENT** | **SETTLEMENT** |
| The parties do not unanimously agree that a settlement conference with the Court will result in an agreed upon settlement. | TT and Stellar have been engaged in ongoing settlement discussions, and the parties are interested in continuing these discussions via a court-hosted settlement conference. |

*The parties made disclosures under the Default Protective Order governed by the Local Patent Rules, but TT intends to request that the court enter the same protective orders that were entered in both the RCG and TradeStation cases

| Case No. 10-cv-883<br>TT v. TDAmeritrade | Case No. 10-cv-884<br>TT v. TradeStation |
|---|---|
| **FIRMS & LEAD CONTACT** | **FIRMS & LEAD CONTACT** |
| Plaintiff:<br>**Steven F. Borsand**<br>Trading Technologies International, Inc.<br>222 South Riverside, Suite 1100<br>Chicago, IL 60606<br><br>**Leif R. Sigmond, Jr.**<br>McDonnell Boehnen Hulbert & Berghoff LLP<br>300 S. Wacker Dr., Suite 3100<br>Chicago, IL 60611 | Plaintiff:<br>**Steven F. Borsand**<br>Trading Technologies International, Inc.<br>222 South Riverside, Suite 1100<br>Chicago, IL 60606<br><br>**Leif R. Sigmond, Jr.**<br>McDonnell Boehnen Hulbert & Berghoff LLP<br>300 S. Wacker Dr., Suite 3100<br>Chicago, IL 60612 |
| Defendant:<br>**Michael B. Levin**<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Rd.<br>Palo Alto, CA 94304<br><br>**Steven P. Mandell**<br>Mandell Menkes LLC<br>333 W. Wacker Dr., Suite 300<br>Chicago, IL 60606 | Defendant:<br>**David J. Healey**<br>Fish & Richardson P.C.<br>One Houston Center<br>1221 McKinney<br>Houston, TX 77010 |
| **MOTIONS & STATUS** | **MOTIONS & STATUS** |
| No pending motions. Defendants have not yet filed an Answer. | TradeStation agrees to coordinate discovery but intends to file a Motion to Sever Tradestation from the Consolidation Order based at least on the advanced state of the case relative to the other 9 cases and narrower issues. |
| ----- | ----- |
| ----- | ----- |
| **DISCOVERY** | **DISCOVERY** |
| No formal schedule has been entered by the Court; parties have <u>not</u> exchanged initial disclosures pursuant to LPR 2.1; parties have <u>not</u> exchanged written discovery; no depositions have been taken. | On Oct. 7, 2010, the Court entered various pre-trial dates [Dkt 39]; parties have exchanged initial disclosures pursuant to LPR 2.1; parties have exchanged written discovery; no depositions have been taken.** |
| **SETTLEMENT** | **SETTLEMENT** |
| The parties do not unanimously agree that a settlement conference with the Court will result in an agreed upon settlement. | The parties do not unanimously agree that a settlement conference with the Court will result in an agreed upon settlement. |

*The parties made disclosures under the Default Protective Order governed by the Local Patent Rules, but TT intends to request that the court enter the same protective orders that were entered in both the RCG and TradeStation cases

**TT's proposed protective order has been formally entered in this case.

7

| Case No. 10-cv-885<br>TT v. OpenECry | Case No. 10-cv-929<br>TT v. RCG |
|---|---|
| **FIRMS & LEAD CONTACT** | **FIRMS & LEAD CONTACT** |
| Plaintiff:<br>**Steven F. Borsand**<br>Trading Technologies International, Inc.<br>222 South Riverside, Suite 1100<br>Chicago, IL 60606<br><br>**Leif R. Sigmond, Jr.**<br>McDonnell Boehnen Hulbert & Berghoff LLP<br>300 S. Wacker Dr., Suite 3100<br>Chicago, IL 60613 | Plaintiff:<br>**Steven F. Borsand**<br>Trading Technologies International, Inc.<br>222 South Riverside, Suite 1100<br>Chicago, IL 60606<br><br>**Leif R. Sigmond, Jr.**<br>McDonnell Boehnen Hulbert & Berghoff LLP<br>300 S. Wacker Dr., Suite 3100<br>Chicago, IL 60614 |
| Defendant:<br>**Robert W. Unikel**<br>Kaye Scholer LLP<br>70 W. Madison St., Suite 4100<br>Chicago, IL 60602 | Defendant:<br>**Geoffrey Baker**<br>Dowell Baker, P.C.<br>201 Main Street, Suite 710<br>Lafayette, IN 47901 |
| **MOTIONS & STATUS** | **MOTIONS & STATUS** |
| No pending motions. | Filed 1/13/11: TT's Motion to Compel Document Production [Dkt 47-49, 54]. The motion was entered and continued. RCG has produced (and continues to produce) documents in accord with Judge Pallmeyer's minute entry. |
| ----- | ----- |
| ----- | ----- |
| **DISCOVERY** | **DISCOVERY** |
| No formal schedule has been entered by the Court; parties have exchanged initial disclosures pursuant to LPR 2.1; parties have exchanged written discovery; no depositions have been taken.* | A Pre-trial Scheduling Order entered Aug. 24, 2010 [Dkt 31]; parties have exchanged initial disclosures pursuant to LPR 2.1; parties have exchanged written discovery; no depositions have been taken.** |
| **SETTLEMENT** | **SETTLEMENT** |
| The parties do not unanimously agree that a settlement conference with the Court will result in an agreed upon settlement. | The parties do not unanimously agree that a settlement conference with the Court will result in an agreed upon settlement. |

*The parties made disclosures under the Default Protective Order governed by the Local Patent Rules, but TT intends to request that the court enter the same protective orders that were entered in both the RCG and TradeStation cases

**A protective order negotiated by the parties has been formally entered in this case.

| Case No. 10-cv-913<br>TT v. Tradehelm | Case No. 10-cv-726<br>TT v. Cunningham |
|---|---|
| **FIRMS & LEAD CONTACT** | **FIRMS & LEAD CONTACT** |
| Plaintiff:<br>**Steven F. Borsand**<br>Trading Technologies International, Inc.<br>222 South Riverside, Suite 1100<br>Chicago, IL 60606<br><br>**Leif R. Sigmond, Jr.**<br>McDonnell Boehnen Hulbert & Berghoff LLP<br>300 S. Wacker Dr., Suite 3100<br>Chicago, IL 60615 | Plaintiff:<br>**Steven F. Borsand**<br>Trading Technologies International, Inc.<br>222 South Riverside, Suite 1100<br>Chicago, IL 60606<br><br>**Leif R. Sigmond, Jr.**<br>McDonnell Boehnen Hulbert & Berghoff LLP<br>300 S. Wacker Dr., Suite 3100<br>Chicago, IL 60615 |
| Defendants:<br>**Bradford P. Lyerla**<br>Marshall, Gerstein, & Borun LLP<br>233 S. Wacker Dr., 6300 Sears Tower<br>Chicago, IL 60606 | Defendants:<br>**Stuart Smith**<br>**George R. Spatz**<br>McGuire Woods, LP<br>77 W Wacker, Suite 4400<br>Chicago, IL 60601 |
| **MOTIONS & STATUS** | **MOTIONS & STATUS** |
| No pending motions. | ----- |
| ----- | ----- |
| ----- | ----- |
| **DISCOVERY** | **DISCOVERY** |
| No formal schedule has been entered by the Court; parties have <u>not</u> exchanged initial disclosures pursuant to LPR 2.1; parties have <u>not</u> exchanged written discovery; no depositions have been taken. | ----- |
| **SETTLEMENT** | **SETTLEMENT** |
| The parties are actively engaged in settlement discussions and expect to settle shortly. As of today, the Court does not need to devote resources to aide in these discussions. | Settled and consent judgment entered [Dkts 60-71]. |

On behalf of all parties respectfully submitted,

Date: Febraury 24, 2010          By:     s/ Kirsten L. Thomson
Leif R. Sigmond, Jr. (ID No. 6204980)
(sigmond@mbhb.com)
Matthew J. Sampson (ID No. 6207606)
(sampson@mbhb.com)
Michael D. Gannon (ID No. 6206940)
(gannon@mbhb.com)
S. Richard Carden (ID No. 6269504)
(carden@mbhb.com)
Jennifer M. Kurcz (ID No. 6279893)
(kurcz@mbhb.com)
Kirsten L. Thomson (ID No. 6293943)
(thomson@mbhb.com)
**McDonnell Boehnen Hulbert & Berghoff LLP**
300 South Wacker Drive
Chicago, Illinois 60606
Tel.: (312) 913-0001
Fax: (312) 913-0002

Steven F. Borsand (ID No. 6206597)
(Steve.Borsand@tradingtechnologies.com)
**Trading Technologies International, Inc**.
222 South Riverside
Suite 1100
Chicago, IL 60606
Tel: (312) 476-1000
Fax: (312) 476-1182

**Attorneys for Plaintiff,
TRADING TECHNOLOGIES
INTERNATIONAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2011 I electronically filed the foregoing JOINT CONSOLIDATION STATUS CHART with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons at the given e-mail addresses and Via e-Mail:

**Counsel for BGC, et al.**
**(Case No. 10-CV-0715):**
Gary Rosen
Law Offices of Gary A. Rosen, P.C.
1831 Chestnut Street, 7th Floor
Philadelphia, PA 19103
grosen@logarpc.com

Andrew Johnstone
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, Illinois 60601-9703
ajohnstone@winston.com

**Counsel for CQG, et al.**
**(Case No. 10-CV-0718):**
Nina Y. Wang
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
nwang@faegre.com

Kara Cenar
Bryan Cave LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601-3315
kara.cenar@bryancave.com

**Counsel for Interactive Brokers,**
**et al. (10-CV-721):**
Michael Levin
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
mlevin@wsgr.com

Steven P. Mandell
333 W. Wacker Drive
Suite 300
Chicago, IL 60606
smandell@mandellmenkes.com

**Counsel for Open E Cry, et al.**
**(Case No. 10-CV-885):**
Robert W. Unikel
Kaye Scholer LLP
70 West Madison Street, Suite 4100
Chicago, IL 60602
robert.unikel@kayescholer.com

**Counsel for Rosenthal Collins Group:**
**(Case No. 10-CV-929)**
Geoffrey A. Baker
Dowell Baker, P.C.
201 Main Street, Suite 710
Lafayette, IN 47901
gabaker@dowellbaker.com

Jeffrey A. Schulman
Wolin and Rosen
55 West Monroe Street, Suite 3600
Chicago, IL 60603
jschulman@wolinlaw.com

**Counsel for Stellar, et al.**
**(10-CV-882):**
Ralph Joseph Gabric
Brinks Hofer Gilson & Lione
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611-5599
rgabric@usebrinks.com

**Counsel for TD Ameritrade, et al.**
**(Case No.10-CV-883):**
Michael Levin
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
mlevin@wsgr.com

Steven P. Mandell
333 W. Wacker Drive
Suite 300
Chicago, IL 60606
smandell@mandellmenkes.com

**Counsel for Tradehelm**
**(Case No. 10-CV-931):**
Bradford P. Lyerla
Jenner & Block
353 N. Clark Street
Chicago, IL 60654-3456
blyerla@jenner.com

**Tradestation, et al.**
**(Case No. 10-CV-884):**
David J Healey
Fish & Richardson P.C.
One Houston Center
1221 Mckinney, Suite 2800
Houston, TX 77010
healey@fr.com

George Summerfield
Stadheim & Grear
Wrigley Tower - 22nd Floor
400 North Michigan Avenue
Chicago, Illinois 60611
summerfield@stadheimgrear.com

**Counsel for FuturePath, Inc.**
**(Case No. 10-CV-0720)**
Lora A. Moffatt
Salans
Rockefeller Center
620 Fifth Ave
New York, NY 10020-2457
lmoffatt@salans.com

**Counsel for SunGard, et al.**
**(Case No. 10-CV-716)**
Lora A. Moffatt
Salans
Rockefeller Center
620 Fifth Ave
New York, NY 10020-2457
lmoffatt@salans.com

s/Kirsten L. Thomson