UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| TRADING TECHNOLOGIES INTERNATIONAL, INC.<br><br>    Plaintiff,<br>v.<br>BCG PARTNERS, INC.<br><br>    Defendant. | Case No. 10 C 715<br>(Consolidated with:<br>10 C 716, 10 C 718,<br>10 C 720, 10 C 721,<br>10 C 726, 10 C 882,<br>10 C 883, 10 C 884,<br>10 C 885, 10 C 929)<br><br>Judge Virginia M. Kendall |
| TRADING TECHNOLOGIES INTERNATIONAL, INC.<br><br>    Plaintiff,<br>v.<br>TRADEHELM, INC.<br><br>    Defendant. | **Consolidated with:**<br><br>Case No. 10 C 931<br><br>Judge Virginia M. Kendall |

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

As a result of settlement of this action by virtue of a settlement agreement between the parties dated April 18, 2011, Plaintiff, Trading Technologies International, Inc. ("TT") and Defendant, TradeHelm, Inc. ("TradeHelm"), respectfully request entry of the consent judgment attached as Exhibit 1.

Dated: 4/26/11    *(signature: Alan Krantz)*
Leif R. Sigmond, Jr. (ID No. 6204980)
Matthew J. Sampson (ID No. 6207606)
Alan W. Krantz (ID No. 6296984)
**McDonnell Boehnen Hulbert & Berghoff LLP**
300 South Wacker Drive
Chicago, IL 60606
Tel.: (312) 913-0001
Fax: (312) 913-0002

**Attorneys for Plaintiff
TRADING TECHNOLOGIES
INTERNATIONAL, INC.**


Dated: April 25, 2011    *(signature)*
Bradford P. Lyerla (ID No. 3127392)
**Jenner & Block LLP**
353 N. Clark Street
Chicago, IL 60654-3456
Tel.: (312) 923-2613
Fax.: (312) 527-0484

**Attorneys for Defendant
TRADEHELM, INC.**

# CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2011, I filed the foregoing JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT with the Clerk of the Court using the CM/ECF system, which caused a copy of the foregoing to be served on the following individuals:

***Counsel for BGC, et al.***
***(Case No. 10-CV-0715):***
Gary Rosen
Law Offices of Gary A. Rosen, P.C.
1831 Chestnut Street, 7th Floor
Philadelphia, PA 19103
grosen@logarpc.com

Andrew Johnstone
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, Illinois 60601-9703
ajohnstone@winston.com

***Counsel for CQG, et al.***
***(Case No. 10-CV-0718):***
Nina Y. Wang
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
nwang@faegre.com

Kara Cenar
Bryan Cave LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601-3315
kara.cenar@bryancave.com

***Counsel for Interactive Brokers, et al.***
***(Case No. 10-CV-721):***
Michael Levin
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
mlevin@wsgr.com

Steven P. Mandell
333 W. Wacker Drive
Suite 300
Chicago, IL 60606
smandell@mandellmenkes.com

  s/ Alan W. Krantz

***Counsel for Open E Cry, et al.***
***(Case No. 10-CV-885):***
Robert W. Unikel
Kaye Scholer LLP
70 West Madison Street, Suite 4100
Chicago, IL 60602
robert.unikel@kayescholer.com

***Counsel for Rosenthal Collins Group***
***(Case No. 10-CV-929)*:**
Geoffrey A. Baker
Dowell Baker, P.C.
201 Main Street, Suite 710
Lafayette, IN 47901
gabaker@dowellbaker.com

Jeffrey A. Schulman
Wolin and Rosen
55 West Monroe Street, Suite 3600
Chicago, IL 60603
jschulman@wolinlaw.com

***Counsel for Stellar, et al.***
***(Case No. 10-CV-882):***
Ralph Joseph Gabric
Brinks Hofer Gilson & Lione
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611-5599
rgabric@usebrinks.com

***Counsel for TD Ameritrade, et al.***
***(Case No.10-CV-883):***
Michael Levin
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
mlevin@wsgr.com

Steven P. Mandell
333 W. Wacker Drive
Suite 300
Chicago, IL 60606

smandell@mandellmenkes.com

***Counsel for Tradehelm***
***(Case No. 10-CV-931):***
Bradford P. Lyerla
Jenner & Block
353 N. Clark Street
Chicago, IL 60654-3456
blyerla@jenner.com

***Counsel for Tradestation, et al.***
***(Case No. 10-CV-884):***
David J Healey
Fish & Richardson P.C.
One Houston Center
1221 Mckinney, Suite 2800
Houston, TX 77010
healey@fr.com

George Summerfield
Stadheim & Grear
Wrigley Tower - 22nd Floor
400 North Michigan Avenue
Chicago, Illinois 60611
summerfield@stadheimgrear.com

***Counsel for FuturePath, Inc.***
***(Case No. 10-CV-0720)***
Lora A. Moffatt
Salans
Rockefeller Center
620 Fifth Ave
New York, NY 10020-2457
lmoffatt@salans.com

***Counsel for SunGard, et al.***
***(Case No. 10-CV-716)***
Lora A. Moffatt
Salans
Rockefeller Center
620 Fifth Ave
New York, NY 10020-2457
lmoffatt@salans.com