UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Trading Technologies International, Inc., <br><br> Plaintiff, <br><br> v. <br><br> BGC Partners, Inc., et al. <br><br> Defendants. | Case No. 10 C 715 <br> (Consolidated with: <br> 10 C 716, 10 C 718, <br> 10 C 720, 10 C 721, <br> 10 C 726, 10 C 882, <br> 10 C 883, 10 C 884 <br> 10 C 885, 10 C 929, <br> 10 C 931) <br><br> Judge Virginia M. Kendall |

**STIPULATED DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Trading Technologies International, Inc. ("TT") and Defendants BGC Partners, Inc., Cantor Fitzgerald, L.P., BGC Holdings, L.P., and BGC Partners, L.P. ("Defendants") hereby jointly submit a stipulated dismissal removing Defendants from the case. In support of the stipulated dismissal, the parties state as follows:

1. On June 24, 2010, TT filed a Second Amended Complaint against Defendants, alleging infringement of U.S. Patents Nos. 7,587,357, 7,613,651, 7,676,411, and 7,533,056 by certain electronic trading software known as the "eSpeedometer module."

2. On August 9, 2010, Defendants filed a motion to dismiss the Second Amended Complaint for lack of personal jurisdiction and improper venue.

3. On March 29, 2011, the Court denied Defendants' motion to dismiss without prejudice and granted TT leave to take a Rule 30(b)(6) deposition of Defendants relating to personal jurisdiction.

4. By agreement, in lieu of a Rule 30(b)(6) deposition, Defendants have provided TT a highly confidential sworn declaration (the "Declaration") containing certain representations regarding related entities responsible for the eSpeedometer software and related software. Based on these representations and their agreement to treat discovery requests as if they remained parties to the case, TT is willing to stipulate to dismissal of Defendants without prejudice.

5. The parties have agreed that should discovery lead to evidence contradicting the representations made in the Declaration, Defendants will not oppose a motion by TT for leave to add them back into the case.

6. The parties have agreed that TT may file, simultaneously with the filing of this Stipulated Dismissal, a Third Amended Complaint substituting the related entities named in the Declaration, and that the substituted defendants shall have until June 20, 2011 to answer, move or otherwise respond the Third Amended Complaint, but that the substituted defendants shall not contest personal jurisdiction or venue.

WHEREFORE, the parties jointly respectfully request that this Court enter the stipulated dismissal of Defendants BGC Partners, Inc., Cantor Fitzgerald, L.P., BGC Holdings, L.P., and BGC Partners, L.P.

Respectfully submitted,

Date: May 24, 2011   By:   s/ Andrea K. Orth
Leif R. Sigmond, Jr. (ID No. 6204980)
(sigmond@mbhb.com)
Matthew J. Sampson (ID No. 6207606)

          (sampson@mbhb.com)
          Michael D. Gannon (ID No. 6206940)
          (gannon@mbhb.com)
          S. Richard Carden (ID No. 6269504)
          (carden@mbhb.com)
          Jennifer M. Kurcz (ID No. 6279893)
          (kurcz@mbhb.com)
          Kirsten L. Thomson (ID No. 6293943)
          (thomson@mbhb.com)
          Andrea Orth (ID No. 6301900)
          (orth@mbhb.com)
          **McDonnell Boehnen Hulbert & Berghoff LLP**
          300 South Wacker Drive
          Chicago, Illinois 60606
          Tel.: (312) 913-0001
          Fax: (312) 913-0002

          Steven F. Borsand (ID No. 6206597)
          (Steve.Borsand@tradingtechnologies.com)
          ***Trading Technologies International, Inc***.
          222 South Riverside
          Suite 1100
          Chicago, IL 60606
          Tel: (312) 476-1000
          Fax: (312) 476-1182

          **Attorneys for Plaintiff,**
          **TRADING TECHNOLOGIES**
          **INTERNATIONAL, INC.**


   By: <u>s/ Andrew M. Johnstone</u>
       George C. Lombardi (glombardi@winston.com)
       Andrew M. Johnstone (ajohnstone@winston.com)
       **Winston & Strawn LLP**
       35 West Wacker Drive
       Chicago, Illinois 60601
       (312) 558-5600

       Gary A. Rosen (grosen@logarpc.com)
       **Law Offices of Gary A. Rosen, P.C.**
       1831 Chestnut Street, Seventh Floor
       Philadelphia, PA 19103
       (215) 972-0600

       Attorneys for Defendants BGC Partners, Inc., Cantor Fitzgerald, L.P., BGC Holdings, L.P., and BGC Partners, L.P.

APPROVED AND SO ORDERED: