**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TRADING TECHNOLOGIES INTERNATIONAL, INC. | ) ) ) | Case No. 10 C 715 (Consolidated with: |
| Plaintiff, | ) ) ) | 10 C 716, 10 C 718, 10 C 720, 10 C 721, 10 C 726, 10 C 882, |
| v. | ) ) | 10 C 883, 10 C 884, 10 C 885, 10 C 929, |
| BGC PARTNERS, INC. | ) ) | 10 C 931) |
| Defendant. | ) ) | Judge Virginia M. Kendall |

**EXHIBIT LIST TO TRADING TECHNOLOGIES'
MOTION FOR A RULE 54(b) CERTIFICATION**

Ex. A     Proposed Judgment Pursuant to Fed. R. Civ. P. 54(b)

Ex. B     Hearing Transcript 8:2-7, Feb. 9, 2012

Ex. C     March 1, 2012, Letter from Defendants to TT

Ex. D     March 1, 2012, Letter from the SunGard defendants to TT

Ex. E     April 4, 2012, Email from TT to Defendants

Ex. F     Unpublished cases