# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRADING TECHNOLOGIES INTERNATIONAL, INC. | ) ) ) | Case No. 10 C 715 (Consolidated with: 10 C 716, 10 C 718, |
| Plaintiff, | ) ) | 10 C 720, 10 C 721, 10 C 726, 10 C 882, |
| v. | ) ) | 10 C 883, 10 C 884, 10 C 885, 10 C 929, |
| BGC PARTNERS, INC. | ) ) | 10 C 931) |
| Defendant. | ) ) | Judge Virginia M. Kendall |

**[PROPOSED] JUDGMENT PURSUANT TO FED. R. CIV. P. 54(B)**

THIS CAUSE comes before the Court upon Plaintiff, Trading Technologies Int'l, Inc.'s ("TT"), Motion for a Rule 54(b) Certification (Dkt. No. 474). Having reviewed and carefully considered the parties' briefing of TT's Motion, as well as briefing on TT's Motion for Clarification and/or Reconsideration (Dkt. No. 455), the Court hereby GRANTS TT's Motion for Rule 54(b) Certification. For the reasons set forth in this Court's opinion dated February 9, 2010 (Dkt. No. 448), granting summary judgment of invalidity of U.S. Patent No. 7,676,411 ("the '411 Patent"), the Court finds that Claims 1-10 and 12-28 of the '411 Patent, Claims 1-23 of U.S. Patent No. 7,693,768 ("the '768 Patent") and Claims 1-6, 8-10 and 12-36 of U.S. Patent No. 7,904,374 ("the '374 Patent") are invalid under 35 U.S.C. § 112. Because TT has agreed not to assert Claim 11 of the '411 Patent or Claims 7 or 11 of the '374 Patent unless this Court's summary judgment ruling is reversed or remanded on appeal, this judgment is a final disposition of all issues related to the '411, '768 and '374 Patents. The Court intends for this judgment to be final as to all of Plaintiffs' claims with respect to the '411, '768 and '374 patents in accordance with Fed. R. Civ. P. Rule 54(b).

1

The Court further finds that there is no just reason to delay certification of this judgment for appeal pursuant to Rule 54(b) for the reasons enumerated in TT's Motion for Rule 54(b) Certification. For example, the Court finds that there is no likelihood of a second appeal on the issues in this judgment arising from the patents remaining in this case, that there is no relevant factual overlap that would preclude Rule 54(b) certification, and that the interests of judicial administration and the balances of the equities weigh in favor of certification.

Accordingly, it is ORDERED AND ADJUDGED that:

1. Final judgment is ENTERED in favor of the Defendants that Claims 1-10 and 12-28 of the '411 Patent, Claims 1-23 of the '768 Patent and Claims 1-6, 8-10 and 12-36 of the '374 Patent are invalid under 35 U.S.C. § 112.

2. Defendants' pending defenses and counterclaims in this consolidated action with respect to the '411, '768 and '374 patents are hereby dismissed without prejudice as moot.

SO ORDERED this \_\_\_\_ day of _____, 2012.

                                                      Virginia M. Kendall
                                                     United States District Judge