UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Trading Technologies International, Inc.<br><br>                Plaintiff,<br><br>   v.<br><br>BGC Partners, Inc.,<br><br>               Defendant. | Civil Action No. 10-cv-715<br><br>(Consolidated with:<br>10-cv-718, 10-cv-721, 10-cv-884)<br><br>Judge Virginia M. Kendall |
| | **And Consolidated With:** |
| Trading Technologies International, Inc.<br><br>                Plaintiff,<br><br>   v.<br><br>FuturePath Trading, LLC,<br><br>               Defendant. | Civil Action No. 10-cv-720<br><br>Judge Virginia M. Kendall |

**JOINT STIPULATION OF DISMISSAL**

Subject to a settlement agreement reached between the parties, pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Trading Technologies International, Inc. and Defendant FuturePath Trading, Inc., hereby stipulate to a dismissal with prejudice of all claims against Defendant in Case No. 10 C 720. Defendant hereby stipulates to a dismissal with prejudice of all of its counterclaims against the Plaintiff. Each party shall bear its own attorneys' fees and costs.

**SO ORDERED:**

                                                                                                    Virginia M. Kendall
                                                                                          United States District Judge

## STIPULATED AND AGREED TO:

| | |
|---|---|
| Date: November 19, 2015<br><br>/s/     Jennifer M. Kurcz<br>LeifR. Sigmond, Jr. (ID No. 6204980)<br>(sigmond@mbhb.com)<br>Matthew J. Sampson (ID No. 6207606)<br>(sampson@mbhb.com)<br>Michael D. Gannon (ID No. 6206940)<br>(gannon@mbhb.com)<br>S. Richard Carden (ID No. 6269504)<br>(carden@mbhb.com)<br>Jennifer M. Kurcz (ID No. 6279893)<br>(kurcz@mbhb.com)<br>**McDonnell Boehnen Hulbert**<br>**& Berghoff LLP**<br>300 South Wacker Drive<br>Chicago, Illinois 60606<br>Tel.: (312) 913-0001<br>Fax: (312) 913-0002<br><br>Steven F. Borsand (ID No. 6206597)<br>(Steve.Borsand@trndingtechnologies.com)<br>**Trading Technologies**<br>**International, Inc.**<br>222 South Riverside<br>Suite 1100<br>Chicago, IL 60606<br>Tel: (312) 476-1000<br>Fax: (312) 476-1182<br><br>**Attorneys for Plaintiff,**<br>**TRADING TECHNOLOGIES**<br>**INTERNATIONAL, INC.** | Date: November 19, 2015<br><br>/s/Michael F. Bonaguro<br>Michael F. Bonaguro (ID No. 6202890)<br>**Law Office Of Michael F. Bonaguro**<br>708 Church Street<br>Suite 235<br>Evanston, IL 60201<br>773-370-2531 phone<br>847-572-1550 facsimile<br>bonobnno@aol.com |