# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Trading Technologies International, Inc.

                                      Plaintiff,

v.                                                                    Case No.: 1:10−cv−00715

                                                                            Honorable Virginia M. Kendall

BCG Partners, Inc., et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 31, 2018:

      MINUTE entry before the Honorable Virginia M. Kendall. Parties' Joint Motion for Discovery Plan and Hearing [850] is granted. Parties are to file the proposed discovery plan and proposed order by 8/10/2018. Status hearing set for 8/1/2018 is reset for 8/21/2018 at 9:00 AM. Motion hearing set for 8/14/2018 is stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.