# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TRADING TECHNOLOGIES INTERNATIONAL, INC. <br><br> Plaintiff, <br><br> v. <br><br> IBG LLC AND INTERACTIVE BROKERS LLC, <br><br> Defendants. | Case No. 10 C 715 <br> (Consolidated with: <br> 10 C 721) <br><br> Judge Virginia M. Kendall |

## TRADING TECHNOLOGIES INTERNATIONAL, INC.'S
## MOTION TO FILE UNDER SEAL

Trading Technologies International, Inc. ("TT") hereby moves for leave to file the following documents under seal: (1) MEMORANDUM IN SUPPORT OF TRADING TECHNOLOGIES INTERNATIONAL, INC.'S MOTION FOR SUMMARY JUDGMENT OF NO INEQUITABLE CONDUCT, (2) STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF TRADING TECHNOLOGIES INTERNATIONAL, INC.'S MOTION FOR SUMMARY JUDGMENT OF NO INEQUITABLE CONDUCT, and all exhibits attached thereto. These documents cite to and contain materials that have been designated as protected materials pursuant to the protective order in this case.

Date:  June 25, 2020	Respectfully submitted,

*/s/ Jennifer M. Kurcz*
Jennifer M. Kurcz
(jkurcz@bakerlaw.com)
Leif R. Sigmond, Jr.
(lsigmond@bakerlaw.com)
Michael D. Gannon
(mgannon@bakerlaw.com)
Harrison B. Rose
(hrose@bakerlaw.com)
**Baker & Hostetler LLP**
One North Wacker Drive, Suite 4500
Chicago, Illinois 60606
Tel.:  (312) 416-6200

Brendan E. Clark
(bclark@bakerlaw.com)
**Baker & Hostetler LLP**
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Tel:  (216) 861-6488

Alaina J. Lakawicz
(alakawicz@bakerlaw.com)
**Baker & Hostetler LLP**
2929 Arch Street, 12th Floor
Philadelphia, Pennsylvania 19104
Tel.:  (215) 564-2576

Monika Anna Dudek
(monika.dudek@tradingtechnologies.com)
**Trading Technologies International, Inc**.
222 South Riverside, Suite 1100
Chicago, Illinois 60606
Tel.:  (312) 476-1000

**ATTORNEYS FOR TRADING TECHNOLOGIES INTERNATIONAL, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jennifer M. Kurcz*
Jennifer M. Kurcz